**FILED**

SEP - 6 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>KATHERINE FUIMAONO,<br><br>Defendants. | Case No.  19-mj-71467-MAG-1  (KAW)<br><br>Charging District:  Eastern District of California<br><br>Charging District's Case No.:  2:19-cr-0081-KJM |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  The time and place to appear in that court are as follows:

| Place:  U.S. District Court, 501 I Street, Sacramento CA 95814 | Courtroom No.:  Three |
|---|---|
| | Date and Time:  December 9, 2019 at 9:00am<br><br>before District Judge Kimberly J.  Mueller |

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited and interest earned thereon in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: September 6, 2019

_____
Kandis A. Westmore
United States District Judge